# U.S. BANKRUPTCY COURT
## Western District of Wisconsin
### SECTION 341 MEETING PROCEEDING MEMO AND STANDING CHAPTER 13 TRUSTEE's REPORT

**IN RE:**

Name: Michael S & Heather N Thompson   Case #: 25-10380

| Debtor Information: | Spouse Information: |
|---|---|
| SS#: XXX-XX-8230 | SS#: XXX-XX-3432 |
| Addr: 628 Lakeview Ave | Addr: 628 Lakeview Ave |
| Merrimac, WI 53561 | Merrimac, WI 53561 |
| County: SAUK | County: SAUK |

Debtor's Attorney: NOE RINCON

Date Filed: 02/24/2025
341 Meeting Date: 03/26/2025   Adjourned 341 Date:
Schedules Filed:
Plan Filed: 03/17/2025
Tape #: 12
Amd Plan Filed: 03/17/2025

**Appearances:**
- Debtor: WDL, SS, yy
- Attorney: y
- Creditors: _____

## 1. INFORMATION WHICH WOULD MAKE DEBTOR'S STATEMENTS AND SCHEDULES MORE ACCURATE:

A. New Employment: IS D1 LOOKING FOR WORK? WHAT IMPACT ON MT BOTTLE?, has a mgr to step in, He will work evenings, will use paycheck

B. New Address:

C. Other: _____

## 2. ELIGIBILITY / DEBT ANALYSIS:

A. Eligible under Section 109(e)?   Y

B. Analysis of Scheduled Debt:

| | |
|---|---:|
| Attorney | 4,000.00 |
| Unsecured | 42,206.06 |
| Refund | 0.00 |
| Secured | 281,290.05 |
| Case Costs | 0.00 |
| Total Debt | 327,496.11 |

C. Does Debtor have Regular Income?   Y

D. Prior Bankruptcies: _____

E. DSO's:   Y _____   N _____

F. Tax Returns

| Tax Year | Income | Refund Due Trustee | Federal Tax Return Received On | Refund Amt | State Tax Return Received On | Refund Amt | EIC Amount | Other Amount | Other 1 Amount |
|---|---|---|---|---|---|---|---|---|---|
| 2024 | 93,043.00 | 2,256.00 | | 5,314.00 | | 942.00 | 0.00 | 4,000.00 | 0.00 |

G. Self Employment

    Is Debtor Self Employed?                                    Y

    Does Debtor Incur Trade Debt?                               N

    Did Debtor Complete Business Trade Questionnaire?           Y

    Will a Monthly Operating Report be Required?                Y _____ N _____

**3. MONTHLY BUDGET:**

| | | |
|---|---|---|
| Budgeted Income | 5794.99 | Available for Plan | 906.49 |
| Budgeted Expenses | 4888.50 | Plan Payments | 2294.67 |
| Available for Plan | 906.49 | Excess | -1388.18 |

  A. Does Budget appear reasonable?     Y

    - NOTE SAYS D1 LOOKING FOR SUPPLEMENTAL WORK

    - DI ONLY $906, PLAN JUMPS TO $2320 IN MONTH 2- expects new job

  B. Means Test: Is all disposable income applied? (Sec 1325(b)(1)(B))    N

    - HOME VALUED AT $356K BASED ON 'WF DASHBOARD VALUATION' SAUK CO FMV $353K, ONLINE VALUES ~$400K. - Wells Fargo value from their loan website- Still have avail Wisc exemption if value was ~400

    - 100% OWNER OF "MT BOTTLE BREWING, LLC" W/ UNKNOWN VALUE.

    - UNKNOWN VALUE FOR PETS. HAVE 5 BIRDS, DOG, COCKATIEL (ARE BIRDS RARE?)- No all pet quality, no value, not breeding.

    - USING FED AND WI EXEMPTIONS. AMEND.- will do

  C. Will debtor be able to make all payments under the plan and comply with the plan? (Sec 1325(a)(6))  Y

    - WHY IS FIRST PYMT ONLY $500. $906 DI ON J. job for d1

**4. PLAN:**

  A. Number of months the Plan is expected to last:    60

| Payment Start | Payment End | Payment Amount | Frequency | Source |
|---|---|---|---|---|
| 3/26/2025 | 4/22/2025 | 230.76 | BIWEEKLY | JDEBTOR |
| 4/23/2025 | 3/5/2030 | 1,070.76 | BIWEEKLY | JDEBTOR |
| 3/19/2030 | 3/19/2030 | 931.96 | ONE-TIME | DEBTOR |

B. Total to be paid into the Plan:        137680.00

C. Approximate percentage to Unsecureds:    0

D. Source of Income:     MT BOTTLE BREWING CO

   Spouse income:     THERMO FISHER SCIENTIFIC

E. Wage Order Sent To:   THERMO FISHER SCIENTIFIC- not yet

F. Payments received to Date:    $500.00
   Will debtor commence payments within 30 days after the plan has been filed?   Y

G. Has the plan been proposed in good faith and not any means forbidden by law? (Sec 1325(a)(3)Y
   If "No", plan cannot be confirmed.

H. Attorney Fee Requested    4000.00        Paid to Date:  _____
   Balance Due Under Plan       4000.00   Approximate months to pay:   3.00
       Trustee recommends amount requested?   Y
       If no, amount the Trustee recommends:

I. Does the Plan Properly Classify Debts?    N
   - WF MORTG NOT TREATED IN PLAN.- did talk about that and will amend did est for Westby

J. Does the plan provide for curing of default or payment in full of Secured Debt? (Sec 1325(a)(5)Y
   _____

K. Does the plan provide for full payment of Priority Debt?    Y
   NONE

L. Was a Liquidation
   Analysis Provided By the                  Under Chapter 7                              Under Chapter 13
   Debtor? (Sec 1325(a)(5))   Assets:              467167.69    Total Paid To Plan:              137680.00
   N                          Admin, Security:                  A.S.P. Debt:      285290.05
   Unsecureds Do Better       Priority (ASP)       285290.05    Less Direct:           0.00      285290.05
   Under Chapter:  7          Exemptions:          183681.06    Trustee Fee on Net A.S.P:         22466.21
                              Available for UnSec: -1803.42     Amt Avail for Unsec:            -170076.26

## 5. CLAIMS AND OBJECTIONS

**Secured**

| WELLS FARGO BANK NA | Scheduled for: | 13,029.60 | Filed for: | 13,093.36 |
|---|---|---|---|---|
| Claim Ref Number: 5 | Scheduled as: | Secured | Filed as: | Secured |
| Reason: 2020 Ford Truck Ranger | | | Filed date: | 3/14/2025 |
| Objection Filed? No | | | | |

| WELLS FARGO BANK NA | Scheduled for: | 0.00 | Filed for: | 1,867.21 |
|---|---|---|---|---|
| Claim Ref Number: 18 | Scheduled as: | Secured | Filed as: | Secured |
| Reason: homestead mortgage - not provided for in plan | | | Filed date: | 3/20/2025 |
| Objection Filed? No | | | | |

| WELLS FARGO BANK NA | Scheduled for: | 143,468.63 | Filed for: | 140,084.79 |
|---|---|---|---|---|
| Claim Ref Number: 9 | Scheduled as: | Secured | Filed as: | Secured |
| Reason: mortgage home 628 Lakeview Av-not provided for in plan | | | Filed date: | 3/20/2025 |
| Objection Filed? No | | | | |

| | | | | | |
|---|---|---|---|---|---|
| WESTBY CO-OP CREDIT UNION | Scheduled for: | 25,498.00 | Filed for: | 0.00 | |
| Claim Ref Number: 8 | Scheduled as: | Secured | Filed as: | Not Filed | |
| Reason: mortgage homestead 628 Lakeview Av-not included in plan | | | Filed date: | | |
| Objection Filed? No | | | | | |
| KIA MOTORS FINANCE | Scheduled for: | 18,791.82 | Filed for: | 0.00 | |
| Claim Ref Number: 7 | Scheduled as: | Secured | Filed as: | Not Filed | |
| Reason: 2022 Kia Nero PHEV | | | Filed date: | | |
| Objection Filed? No | | | | | |
| WESTBY CO-OP CREDIT UNION | Scheduled for: | 80,502.00 | Filed for: | 0.00 | |
| Claim Ref Number: 6 | Scheduled as: | Secured | Filed as: | Not Filed | |
| Reason: mortgage arrears homestead 628 Lakeview Ave | | | Filed date: | | |
| Objection Filed? No | | | | | |

**7**

| | | | | | |
|---|---|---|---|---|---|
| US BANKRUPTCY COURT | Scheduled for: | 0.00 | Filed for: | 0.00 | |
| Claim Ref Number: 4 | Scheduled as: | Case Costs | Filed as: | Not Filed | |
| Reason: | | | Filed date: | | |
| Objection Filed? No | | | | | |

**8**

| | | | | | |
|---|---|---|---|---|---|
| DEBTOR | Scheduled for: | | Filed for: | | |
| Claim Ref Number: 2 | Scheduled as: | Refund | Filed as: | Refund | |
| Reason: | | | Filed date: | 2/24/2025 | |
| Objection Filed? No | | | | | |
| DEBTOR | Scheduled for: | 0.00 | Filed for: | 0.00 | |
| Claim Ref Number: 3 | Scheduled as: | Refund | Filed as: | Not Filed | |
| Reason: | | | Filed date: | | |
| Objection Filed? No | | | | | |

**Attorney**

| | | | | | |
|---|---|---|---|---|---|
| NOE RINCON | Scheduled for: | 4,000.00 | Filed for: | | |
| Claim Ref Number: 1 | Scheduled as: | Attorney | Filed as: | Not Filed | |
| Reason: | | | Filed date: | | |
| Objection Filed? No | | | | | |

## 6. TRUSTEE RECOMMENDATIONS:

Does Trustee Recommend Confirmation?     N

_____

Trustee Comments:

    { 3B, 4I }
    - Missing: P&L for MT Bottle
    - WF MORTG NOT TREATED IN PLAN.- did talk about that and will amend
    - USING FED AND WI EXEMPTIONS. AMEND.
    - Need update on job search for D 1 and amend depending (had minimal D1 income on Sch I)

Date Completed: 03/31/2025

/s/ _____
Mark Harring
Standing Chapter 13 Trustee