

April 25, 2025

United State Bankruptcy Court
Western District of Wisconsin
120 North Henry Street
Madison, WI 53703

    Re:    Michael Thompson and Heather Thompson
              Case No. 25-10380

Greetings:

Please let this letter serve as a request for adjournment of the upcoming April 28, 2025 confirmation hearing, due to a scheduling conflict. I have been unable to communicate with counsel for Debtor relative to our objection. So, while I would expect a plan amendment here that would address our objection, I cannot represent to the Court that I anticipate one will be forthcoming.

Thank you for your time and willingness to accommodate our request.

                                            Sincerely,

                                            */s/ Attorney Justin J. Bates*
                                            Justin J. Bates
                                            Bates Legal Group, LLC